KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARC A. WALLENSTEIN #10456
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Marc.Wallenstein@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br>NEILL ONG TUMULAC,  )<br>  )<br>           Defendant.  )<br>_____)  | CR. NO. 19-00163 LEK-01<br><br>SENTENCING STATEMENT OF NO OBJECTIONS TO DRAFT PRESENTENCE REPORT; CERTIFICATE OF SERVICE<br><br>Date:   April 9, 2020<br>Time:   2:45 p.m.<br>Judge:  Hon. Leslie E. Kobayashi |

<u>SENTENCING STATEMENT OF NO OBJECTIONS
TO DRAFT PRESENTENCE REPORT</u>

The United States has reviewed the draft presentence report and has no objections to the factual statements or guideline computations contained in the report.

DATED: March 5, 2020, at Honolulu, Hawaii.

                                      KENJI M. PRICE
                                      United States Attorney
                                      District of Hawaii

                                      By */s/ Marc A. Wallenstein*
                                          MARC A. WALLENSTEIN
                                          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

SHARRON RANCOURT, AFD          sharron_rancourt@fd.org

Attorney for Defendant
NEILL ONG TUMULAC

Served by hand-delivery:

DARSIE ING-DODSON
U.S. Probation Officer
300 Ala Moana Boulevard, Room 2300
Honolulu, HI   96850

DATED:  March 5, 2020, at Honolulu, Hawaii.

*/s/ Melena Malunao*
U.S. Attorney's Office
District of Hawaii